# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 4/30/2025 |
| Case: 25−40735 | Form ID: OFRDI | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
tr     Martha G. Bronitsky     13trustee@oak13.com

                                                   TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Asharfun Anisha Hafiz−Ali     1160 Snyder Lane     Walnut Creek, CA 94598

                                                   TOTAL: 1