# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–4 | User: admin | | Date Created: 4/30/2025 |
| Case: 25–40735 | Form ID: 309I | | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db  | Asharfun Anisha Hafiz–Ali | 1160 Snyder Lane | Walnut Creek, CA 94598 | |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153    San Francisco, CA 94102 |
| tr  | Martha G. Bronitsky | P.O. Box 5004 | Hayward, CA 94540 | |
| smg | Labor Commissioner | 1515 Clay St. | Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept. | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15752214 | Affinia Default Services LLC | 301 E Ocean Blvd Ste 1720 | Long Beach, CA 90802 | |
| 15752213 | Asharfun Anisha Hafiz–Ali | 116 Snyder Ln | Walnut Creek, CA 94598 | |
| 15752215 | RightPath Servicing | PO Box 619098 | Dallas, TX 75261–9741 | |
| 15752216 | Rushmore Servicing | PO Box 619097 | Dallas, TX 75261 | |

TOTAL: 11