# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 04/30/2025 |
| Case: 25−40735 | Form ID: 13PP23 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
tr       Martha G. Bronitsky       13trustee@oak13.com

                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Asharfun Anisha Hafiz−Ali       1160 Snyder Lane       Walnut Creek, CA 94598

                                                          TOTAL: 1