JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO4, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | Case Number: 25-40735 WJL |
| **Asharfun Anisha Hafiz-Ali aka** § | |
| **Asharfun Nisha Hafiz aka Anisha Hafiz-** § | Chapter: 13 |
| **Ali**, § | |
| § | |
| Debtor. § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO4, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
(877) 369-6122

| | |
|---|---|
| 1 | Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO4, its assignees and/or successors and/or Nationstar Mortgage LLC must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004. |

Dated: 5/2/2025

McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.,
Attorneys for Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO4, its assignees and/or successors, by and through its servicing agent Nationstar Mortgage LLC