United States Bankruptcy Court
Northern District of California

In re:                                                          Case No. 25-40735-WJL
Asharfun Anisha Hafiz-Ali                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                            User: admin                                        Page 1 of 1
Date Rcvd: Apr 30, 2025                   Form ID: OFRDI                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Asharfun Anisha Hafiz-Ali, 1160 Snyder Lane, Walnut Creek, CA 94598-4417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025                                  Signature:                 /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

TOTAL: 2

Form OFRDI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Asharfun Anisha Hafiz−Ali<br>　aka Asharfun Nisha Hafiz<br>　aka Anisha Hafiz−Ali<br>　　　Debtor(s) | Case No.: 25−40735 WJL 13<br>Chapter: 13 |

## ORDER FOR INDIVIDUALS IN CHAPTER 13 CASE TO
## FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☑ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- ☑ Schedule A/B: Property (Official Form 106A/B)
- ☑ Schedule C: The Property You Claim as Exempt (Official Form 106C)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
- ☑ Schedule H: Your Codebtors (Official Form 106H)
- ☑ Schedule I: Your Income (Official Form 106I)
- ☑ Schedule J: Your Expenses (Official Form 106J)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (122C−1)
- ☑ Chapter 13 Calculation of Your Disposable Income (122C−2)
- ☑ District Approved Chapter 13 Plan Effective 1/1/2023, Version 4

　　IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

　　The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date, or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the address stated below, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

　　IT IS FURTHER ORDERED the debtor(s) must provide payment advices directly to the trustee at least 7 days prior to the first date set for the meeting of creditors under 11 U.S.C. § 341. The debtor(s) is referred to the court's website for further details: https://www.canb.uscourts.gov/order/general−order−32−amended−payment−advices. 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1), (c).

**Mailing Address:**　　　　　　　　　　　**In person filing via Drop Box:**
U.S. Bankruptcy Court　　　　　　　　　　U.S. Bankruptcy Court
1300 Clay Street, Suite 300　　　　　　　　1300 Clay Street, Suite 300
Oakland, CA 94612　　　　　　　　　　　　Oakland, CA 94612

Dated: 4/30/25　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　William J. Lafferty
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge