Asharfun Anisha Hafiz-Ali
1160 Snyder Ln
Walnut Creek, CA 94598



FILED

MAY 12 2025

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
ASHARFUN ANISHA HAFIZ-ALI

Petitioner/Debtor.
_____/

Case No. 25-40735 WJL 13
(Chapter 13)

Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan and other documents

The motion of Asharfun Anisha Hafiz-Ali respectfully presents:

1. Debtor has filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on April 29, 2025, prior to the date hereof.

2. Debtor has not previously requested the court to extend the time to file papers.

3. Debtor is working long hours to make ends meet and has the task of putting together all the required documents for this instant petition and will need approximately 45 days to locate and prepare all foundational documentation in compliance with order of the court.

4. Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

WHEREFORE, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for forty-five days, and that she have such other and further relief as is just.

DATED: 8 May 2025

Respectfully Presented,

By: _____
Asharfun Anisha Hafiz-Ali

Asharfun Anisha Hafiz-Ali
1160 Snyder Ln
Walnut Creek, CA 94598

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
ASHARFUN ANISHA HAFIZ-ALI

Case No. 25-40735 WJL 13
(Chapter 13)

Petitioner/Debtor.
_____ /

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old.

On May 8, A.D. 2025 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:

| | | |
|---|---|---|
| Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540 | McCarthy & Holthus, LLP<br>Attn: Jennifer C. Wong<br>re: Deutsche Bank Nat'l Trust Co<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108 | RightPath Servicing<br>PO Box 619098<br>Dallas, TX 75261 |

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May 8, 2025

By: _____
Asharfun Anisha Hafiz-Ali

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
ASHARFUN ANISHA HAFIZ-ALI

Case No. 25-40735 WJL 13
(Chapter 13)

Petitioner/Debtor.
_____/

**Order Granting Further Time To File Schedules,
Statement of Financial Affairs, Plan and other documents**

Upon the motion of Asharfun Anisha Hafiz-Ali, the above-named debtor, praying

for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is:

ORDERED that the time of said debtor to file schedules and statement of affairs be,

and hereby is extended for _____ days from the date of this order.

Dated: _____

_____
Bankruptcy Court Judge

Asharfun Anisha Hafiz-Ali
1160 Snyder Ln
Walnut Creek, CA 94598