

The following constitutes the order of the Court.
Signed: May 13, 2025



_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

In re

Asharfun Anisha Hafiz-Ali,

    Debtor.

Case No. 25-40735 WJL

Chapter 13

### ORDER GRANTING MOTION TO EXTEND TIME

On April 29, 2025, Debtor Asharfun Anisha Hafiz-Ali ("Debtor") filed a Chapter 13 Voluntary Petition. [Docket #1]. The petition was incomplete and skeletal, as it was filed without schedules and other required documents. The complete filing with schedules is due on May 13, 2025. [Docket # 5]. Debtor's 341(a) meeting of creditors is to be held on June 5, 2025. [Docket # 6].

On May 12, 2025, the Debtor filed a Motion to Extend Time (the "Motion") seeking to extend the deadline to file the missing required documents, claiming good cause due to the Debtor's need to locate and prepare all documents and determine lawful claimants. [Docket # 12]. The Debtor requests a 45-day extension of the deadline to file documents, which would create a new due date of June 27, 2025. *Id.*

However, due to the scheduled 341(a) meeting, it is necessary that the Debtor be responsive *sooner* than the requested 45 days.

Accordingly, upon due consideration of the Motion, the governing law, the balance of the record, and good cause appearing, the Court HEREBY GRANTS the Debtor an extension only until **June 3, 2025**, to file the missing schedules and required documents. If the Debtor fails to comply with this Order, the case may be dismissed without further notice or hearing.

**\*\*\*END OF ORDER\*\*\***

Case: 25-40735   Doc# 13   Filed: 05/13/25   Entered: 05/13/25 14:29:28   Page 2 of 3

# COURT SERVICE LIST

**Asharfun Anisha Hafiz-Ali**

1160 Snyder Lane

Walnut Creek, CA 94598