# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: admin | Date Created: 5/13/2025 |
| Case: 25−40735 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Asharfun Anisha Hafiz−Ali      1160 Snyder Lane      Walnut Creek, CA 94598

TOTAL: 1